AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>Modou FALL,<br>Cheikh GUEYE,<br>Stanley BONHOMME;<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:26-PO-134(CBF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 14, 2026 in the county of Clinton in the Northern District of New York the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry into the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

[signature]
*Complainant's signature*

Asta M. Amar Border Patrol Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: November 17, 2026

[signature: Carla B. Freedman]
*Judge's signature*

City and State: Syracuse, New York

Hon. U.S. Magistrate Judge Carla B. Freedman
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Asta M. Amar, hereby depose and state under penalty of perjury:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Champlain Station. I have been a BPA for two years and have been assigned to the Swanton Sector since January 2024. I successfully completed training at the United States Border Patrol Academy in 2024, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging the defendants with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

**Probable Cause**

3. On November 14, 2026, BPAs received information from Swanton Sector Dispatch regarding remote images from border surveillance technology of three individuals walking eastbound along the international boundary between the United States and Canada near the Hemmingford Road Port of Entry in Mooers NY.

4. BPAs responded to the area and with the help of their handheld thermal imaging devices, observed three individuals later identified as Modou FALL, Cheikh GUEYE and Stanley BONHOMME matching the description of the images received. BPAs identified themselves and asked the subjects for their immigration status. The subjects admitted that they are citizens of

countries other than the United States as follows: FALL and GUEYE are citizens of Senegal; BONHOMME is a citizen of Haiti. The subjects were then transported to the USBP station for further processing.

5. At that station, BPAs fingerprinted the defendants and records checks confirmed that none of them are citizens or nationals of the United States, and are therefore aliens; that none had permission to enter the United States; and that none had entered the United States through a port of entry.

**Conclusion**

6. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendants with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Agent Asta M. Amar
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: November 17, 2026

Hon. Carla B. Freedman
United States Magistrate Judge